UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| MAULIK PANKAJBHAI PATEL,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 6:25-122-REW<br><br><br>ORDER |

*** *** *** ***

Defendant Director of U.S. Citizenship and Immigration Services filed a motion to dismiss Plaintiff Maulik Pankajbhai Patel's complaint as moot. *See* DE 10. In support, the Director reports that Patel has withdrawn his application for a U-Visa. *See id.* at 2. The government has provided supporting documentation, *see* DE 12, which it seeks to file under seal because the documentation contains Patel's personal identifying information and protected information concerning his application for a U-Visa. *See* DE 11. Having considered the matter and being sufficiently advised, the Court **ORDERS** as follows:

1. The Court **GRANTS** DE 11 and **ORDERS** that DE 12 remain properly under seal.
2. Plaintiff Patel may respond to DE 10 by no later than January 1, 2026. Failure to file a timely response will be deemed agreement with the motion and will result in DE 10 being granted.

This the 11th day of December, 2025.

**Signed By:**
***Robert E. Wier*** REW
**United States District Judge**