UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| MAULIK PANKAJBHAI PATEL,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | ) | No. 6:25-cv-122-REW<br><br>ORDER |

*** *** *** ***

Defendant Director of U.S. Citizenship and Immigration Services filed a motion to dismiss Plaintiff Maulik Pankajbhai Patel's complaint as moot. *See* DE 10. As grounds, the Director reports that Patel has withdrawn his application for a U-Visa, rendering his complaint moot. *See id.* at 2. The Court ordered Patel to respond to the motion by January 1, 2026, advising that failure to respond would be deemed as Patel agreeing with the motion and result in the Court granting the motion. *See* DE 13 (Order). Patel filed no response by the prescribed date, and for the reason provided by the Director in its motion, the Court **GRANTS** the Director's motion to dismiss, DE 10, because the complaint is moot.

This the 5th day of January, 2026.

**Signed By:**
***Robert E. Wier***
**United States District Judge**